**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **MEADORS DISASTER RECOVERY, LTD.** | § § § | |
| **V.** | § § | **6:07-MC-008** |
| **PHILLIP HAYNIE d/b/a H&H TRANSPORT and PROPERTY RESOURCES & EXCAVATION, INC.** | § § § § | |

**ORDER**

The above entitled and numbered civil action was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636.  The Report of the Magistrate Judge, which contains his recommendation for the disposition of such action, has been presented for consideration (Doc. No. 12).  The parties have made no objections to the Report and Recommendations.  The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.  Accordingly, it is ORDERED that Plaintiff's motion to Withdraw Motion for Contempt Pursuant to Federal Rule of Civil Procedure 45(e) is GRANTED and Plaintiff's case is dismissed with prejudice.

**SIGNED this 7th day of June, 2007.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE